Noxon agt. Bentley.

---

## SUPREME COURT.

### Noxon agt. Bentley.

#### COSTS.

On putting off a cause at the circuit only ten dollars, besides witnesses' fees can be imposed.

*Saratoga Special Term, June* 1852. This cause was put over the term on payment of costs, and the plaintiff's counsel insisted that the plaintiff was entitled to $17, besides the fees of witnesses, within the rule laid down in Mitchell agt. Westervelt (6 *How. Pr. R.* 265).

W. Gleason, *for Plaintiff.*

J. O. Mott, *for Defendant.*

Hand, Justice.—The costs on postponing a cause at the circuit, can not exceed $10, besides the fees of witnesses (*Code*, § 314).

Mitchell agt. Westervelt, does not apply. In that case, the verdict rendered upon the trial, and the judgment, were set aside upon payment of the *costs of the circuit*, &c.

But in the case now before us, the costs are limited by statute to ten dollars.